United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CRAIG BOWIE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:25-cv-187 |
| | § | |
| CITY OF GALVESTON, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After mediating the case with Magistrate Judge Andrew Edison, the parties reached a settlement pending their negotiation of a final settlement agreement. Accordingly, the court orders that all claims against the defendant in the above-styled case are dismissed without prejudice to refiling, unless a party represents in a filing with the court on or before Tuesday, January 12, 2026, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Tuesday, January 12, 2026.

Signed on Galveston Island this 9th day of November, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE